COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 April 2, 2015
 No. 10-15-00041-CV
IN THE MATTER OF THE MARRIAGE OF SAKINA TREVATHAN AND DEVIN TRAVATHAN AND IN THE INTEREST OF D.M.T., JR., A CHILD
 
 center-4254500
 From the 414[th] District Court
 McLennan County, Texas
 Trial Court No. 2014-3060-5
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that Sakina Trevathan has failed to comply with a court order or a notice from the clerk requiring a response or other action within a specified time, it is the judgment of this Court that the appeal is dismissed. 
 It is further ordered that Devin Trevathan is awarded judgment against Sakina Trevathan for Devin Trevathan's appellate costs that were paid, if any, by Devin Trevathan; and all unpaid appellate court cost, if any, is taxed against Sakina Trevathan.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk